**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1630**

_____

GEORGE R. LEACH,

                                        Plaintiff - Appellant,

          versus

GENE R. NICHOL, President of the College of
William and Mary; BOARD OF VISITORS, The
College of William and Mary,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Jerome B. Friedman,
District Judge.  (4:07-cv-00012-JBF)

_____

Submitted:  November 16, 2007        Decided:  December 3, 2007

_____

Before NIEMEYER, MICHAEL, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

George R. Leach, Appellant Pro Se.  John Frederick Knight, Deborah
A. Love, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond,
Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George R. Leach appeals the district court's order dismissing his suit under 42 U.S.C. § 1983 (2000) for lack of subject matter jurisdiction and for failure to state a claim. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Leach v. Nichol, No. 4:07-cv-00012-JBF (E.D. Va. May 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED